1 │ TIMOTHY E. ROWE (#1000)
  │ MEGAN STARICH (#11284)
2 │ McDONALD CARANO WILSON LLP
  │ 100 West Liberty Street, 10th Floor
3 │ P.O. Box 2670
  │ Reno, NV 89505-2670
4 │ Telephone: (775) 788-2000
  │ Facsimile: (775) 788-2020
5 │ trowe@mcdonaldcarano.com
  │ mstarich@mcdonaldcarano.com
6 │ Attorneys for Defendants
  │ TRUCKEE MEADOWS WATER AUTHORITY
7 │ and YUGANDHAR NARALA

8 │ JEFFREY A. DICKERSON (#2690)
  │ 9585 Prototype Ct., Suite A
9 │ Reno, NV 89521
  │ Telephone:  (775) 786-6664
10│ Facsimile:  (775) 786-7466
  │ jeff@gbis.com
11│ Attorneys for Plaintiff

12│ UNITED STATES DISTRICT COURT

13│ DISTRICT OF NEVADA

14│ TRUDY J. SALLEY,                    Case No.  3:12-CV-00306-RCJ-WGC

15│                        Plaintiff,

16│ vs.                                 **STIPULATION AND ORDER FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING AFTER FILING OF AN AMENDED COMPLAINT (Second Request)**

17│ YUGANDHAR NARALA, an individual,
  │ TRUCKEE MEADOWS WATER
18│ AUTHORITY, a non-profit community-
  │ owned water utility,
19│
  │                        Defendants.
20│

21│        The parties stipulate and agree that Defendants Yugandhar Narala and Truckee

22│ Meadows Water Authority ("TMWA") (collectively "Defendants") should have an

23│ enlargement of time of 30 days in which to respond to the complaint.   Counsel for

24│ Defendants accepted service of process on behalf of the Defendants on May 17, 2012.

25│ Defendants removed this action to this court on June 6, 2012.   Therefore, a responsive

26│ pleading was originally due on June 13, 2012.   On June 15, 2012, the parties stipulated

27│ that Defendants' new deadline to respond to Plaintiff's complaint was August 13, 2012,

28│ and the Court approved of this stipulation on June 15, 2012.   The parties now stipulate

McDONALD·CARANO·WILSON
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
PO BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020

1    and agree that Defendants' new deadline to respond to Plaintiff's Complaint should be

2    September 12, 2012.

3         Good cause exists for the requested relief as there is a pending EEOC charge

4    filed by Plaintiff against TMWA, and Plaintiff intends to obtain a right to sue notification.

5    As of the date of this stipulation, the charge has apparently been forwarded to the

6    USDOJ, and the right to sue notification has not yet been issued by the USDOJ.

7         The parties further stipulate and agree that once Plaintiff obtains a right to sue

8    notification from the USDOJ, she may amend her Complaint to add her additional federal

9    claims that are currently pending before the EEOC/USDOJ.

10        The requested enlargement of time for Defendants to file a responsive pleading is

11   made to the interest of efficiency and to conserve judicial resources by allowing Plaintiff

12   to assert all her claims in a single complaint to which Defendants can then respond.

13   Defendants, by agreeing to allow Plaintiff to amend her complaint, do not in any way

14   intend to waive any defenses or rights with respect to the claims pled in Plaintiff's original

15   complaint.

16        The undersigned submit this is not for the purpose of delay, but rather in the

17   interests of effectively managing the recently-removed case in its infancy.

18   DATED: August 9, 2012                    DATED: August 9, 2012
     LAW OFFICES OF JEFFREY                   McDONALD CARANO WILSON LLP
19   A. DICKERSON

20

21   By: /s/ Jeffrey A. Dickerson            By: /s/ Megan Starich

22       Jeffrey A. Dickerson                     Timothy E. Rowe
         9585 Prototype Ct., Suite A              Megan Starich
23       Reno, NV 89521                           100 West Liberty Street, 10th Floor
         Attorneys for Plaintiff                  Reno, NV 89505-2670
24                                                Attorneys for Defendants
                            ORDER
25        There shall be no further extensions.

26        IT IS SO ORDERED.

27   _____
                                      UNITED STATES MAGISTRATE JUDGE
28
                                      DATED:  August 13, 2012.

McDONALD·CARANO·WILSON LLP
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
PO. BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020